NOT FOR PUBLICATION

## FILED

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FEB 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSHUA M. SCOTT, Trustee of the Winona Road Trust u/t/d July 24, 2020, <br><br>     Plaintiff-counter-defendant-Appellant, <br><br>   v. <br><br> PACIFICORP, an Oregon corporation, <br><br>     Defendant-counter-claimant-Appellee. | No. 23-35608 <br><br> D.C. No. 1:22-cv-00174-AA <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Oregon
Ann L. Aiken, District Judge, Presiding

Submitted February 18, 2025[**]

Before:     SILVERMAN, WARDLAW, and DESAI, Circuit Judges.

Joshua M. Scott, as trustee of the Winona Road Trust ("the Trust"), appeals

pro se from the district court's judgment dismissing his action alleging federal and

state law claims concerning PacifiCorp's right-of-way easement in properties

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

owned by the Trust.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo.  *Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997).  We affirm.

The district court properly dismissed Scott's action without prejudice because Scott may not represent the Trust pro se.  *See C.E. Pope Equity Tr. v. United States*, 818 F.2d 696, 698 (9th Cir. 1987) (explaining that a party "may not claim that his status as trustee includes the right to present arguments *pro se* in federal court").

**AFFIRMED.**